IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

CONRAD E. MORSE                          )
and JUNE M. MORSE,                       )
                                         )
            Plaintiffs,                  )      TC-MD 140056D
                                         )
      v.                                 )
                                         )
DEPARTMENT OF REVENUE,                   )
State of Oregon,                         )
                                         )      **FINAL DECISION OF**
            Defendant.                   )      **DISMISSAL**

This Final Decision incorporates without change the court's Decision of Dismissal

entered August 6, 2014. The court did not receive a request for an award of costs and

disbursements within 14 days after its Decision of Dismissal was entered. *See* TCR-MD 19.

This matter is before the court on Plaintiffs' request to withdraw their Complaint, filed

August 5, 2014. Plaintiffs attached a copy of the parties' closing agreement to their request to

withdraw and stated "we hereby request[] to close the above mentioned hearing, which is

scheduled for trial on August 5, 2014 at 9 AM." (Ptfs' Ltr at 1, Jul 30, 2014.)

As of the date of this Decision of Dismissal, Defendant has not responded to Plaintiffs'

written withdrawal. Defendant has not filed an Answer, nor has it asserted a counterclaim. The

court finds that the case should be dismissed. Now, therefore,

/ / /

/ / /

/ / /

/ / /

/ / /

FINAL DECISION OF DISMISSAL  TC-MD 140056D                                        1

IT IS THE DECISION OF THIS COURT that Plaintiffs' Complaint is dismissed.

Dated this ⎯⎯ day of September 2014.


⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
JILL A. TANNER
PRESIDING MAGISTRATE


*If you want to appeal this Final Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision or this Final Decision cannot be changed.*

*This document was signed by Presiding Magistrate Jill A. Tanner on September 8, 2014.  The Court filed and entered this document on September 8, 2014.*